# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5358
_____

MARK PALETTI and TIM PALETTI,

Appellants,

v.

KEARNS HOLDINGS, LLC and
DANE GILBERT,

Appellees.

_____

On appeal from the Circuit Court for Dixie County.
Jennifer Johnson, Judge.

April 8, 2019

PER CURIAM.

AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Mark Paletti and Tim Paletti, pro se, Appellants.

Timothy Franklin of Franklin Legal, PL, Atlantic Beach, for Appellees.